# United States Court of Appeals

## For the First Circuit

No. 06-2216

UNITED STATES OF AMERICA,

Appellant,

v.

TALMUS R. TAYLOR,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 17, 2007, is amended as follows:

On page 11, delete footnote 1 and renumber the remaining footnotes accordingly.